UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:13-cv-13262-FDS

| | |
|---|---|
| ALBERTO ARROYO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MIDLAND FUNDING, L.L.C.; RONALD MOSES; | ) |
| STEPHEN EINSTEIN & & ASSOCIATES, P.C.; | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

ALBERTO ARROYO ("Mr. Arroyo"), by and through his counsel, Christine A. Anderson pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby notices that he voluntarily dismisses all claims in this action without prejudice, as to all Defendants MIDLAND FUNDING, LLC, RONALD MOSES, CITY OF NEW YORK DEPARTMENT OF INVESTIGATION; STEPHEN EINSTEIN & ASSOCIATES, P.C.; AUTOMATED DATA, PROCESSING, INC. aka ADP, INC.; ADVANCED STORES, INC., aka ADVANCED AUTO PARTS ("Defendants").    No defendant has been served with service of process and no other court action has been taken since the filing of the complaint on 12/23/2013.

DATED:  March 4, 2013                  Respectfully submitted.

                                                  Alberto Arroyo,
                                                  By his Counsel,


                                                  /s/Christine A. Anderson
                                                  Christine A. Anderson
                                                  Anderson Law Offices
                                                  56 N. Main St., Suite 409
                                                  Fall River, MA 02720
                                                  BBO #: 669649
                                                  Tel.(508) 916-7538
                                                  Fax.(866)860-6314
                                                  Email: info@anderson-lawoffices.com